

NUMBER 13-18-00565-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARCOS MONTALVO A/K/A
JOSE MARCOS MONTALVO,                                    APPELLANT,

v.

MANUEL GUERRA AND ROSITA
GUERRA,                                                 APPELLEES.

On appeal from the 206th District Court
of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

The parties have notified this Court that appellant Jose Marcos Montalvo has filed for protection in bankruptcy. According to the notice, appellant filed a bankruptcy petition on April 27, 2016, in the United States Bankruptcy Court for the Southern District of Texas, McAllen Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
6th day of November, 2018.

2